SCWC-14-0000433

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FENNY CSASZAR as Parent and Next Friend of CHILD A and CHILD B,
Petitioner/Appellant/Claimant-Appellant,

vs.

MED-QUEST DIVISON, and HAWAII MEDICAL SERVICE ASSOCIATION,
Respondent/Appellee/Respondents-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000433; CIV. NOS. 12-1-2825, 13-1-0422, and 13-1-1580)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant/Claimant-Appellant's Application

for Writ of Certiorari, filed on September 18, 2015, is hereby

rejected.

DATED:  Honolulu, Hawaiʻi, October 29, 2015.

Rafael G. del Castillo          /s/ Mark E. Recktenwald
for petitioner
                                /s/ Paula A. Nakayama
Lila C.A. King,
Heidi M. Rian, and              /s/ Sabrina S. McKenna
Aeri Y. Tilker
for respondent                  /s/ Richard W. Pollack
Med-Quest Division
                                /s/ Michael D. Wilson
Charles A. Price
for respondent HMSA

